```
             UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
```

**SIKORSKY AIRCRAFT CORPORATION,**
    **Plaintiff,**


            v.                    No. 3:13CV1893(AVC)(TPS)


**AVIATION TRAINING CONSULTING, LLC, and**
**ALTUS FLIGHT ACADEMY, INC.,**
    **Defendant**s


### ORDER FOR HEARING ON MOTION FOR PREJUDGMENT REMEDY

An application for a prejudgment remedy having been duly presented to the Court in accordance with Rule 64 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that an evidentiary hearing be held before the Honorable Thomas P. Smith, United States Magistrate Judge, at the U. S. Courthouse, 450 Main Street, West Courtroom, Hartford, Connecticut, on January 30, 2014, at 10:00 A.M., and that the plaintiff give notice to the defendants of the pendency of said application and of the time when it will be heard, in accordance with Connecticut General Statutes § 52-278c, by causing a copy of the Complaint, Application for Prejudgment Remedy, Affidavit of Terry Eichman, Proposed Order on Application for Prejudgment Remedy, Notice Regarding Application for Prejudgment Remedy, Proposed Writ of Replevin, Recognizance Bond, and this Order, to be served upon the defendants by a proper officer or indifferent person on or before January 16, 2014, and that return of such service be made to this Court.

Dated at Hartford, Connecticut this 7th day of January, 20014.

                                                                          **/s/ Thomas P. Smith**
                                                                          **THOMAS P. SMITH**
                                                                          **UNITED STATES MAGISTRATE JUDGE**